# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2605

_____

Joel H. Wetzel

*Plaintiff - Appellant*

v.

Daniel Brown; Brian Koskovich; Jeremy Moser; Corey Lee

*Defendants - Appellees*

William A. Herauf; Thomas Henning; James Hope; Kevin McCabe; Chuck
Rummel; Clarence Tuhy; David Wallace; Terry Oesterich; S. A. Helfrich; Joe
Cianni; Criss Coats; David Wilke; Nick Gates

*Defendant*s

_____

Appeal from United States District Court
for the District of North Dakota - Bismarck

_____

Submitted: November 21, 2014
Filed: January 5, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

State inmate Joel Wetzel appeals the magistrate judge's[1] order denying Wetzel's motion (1) to reconsider the denial of his motion to compel discovery and (2) for a hearing. The designated order, however, was issued by a magistrate judge, the parties did not consent to proceed before a magistrate judge, and Wetzel did not first seek review by the district court. Accordingly, this matter is not properly before us. See LeGear v. Thalacker, 46 F.3d 36, 36-37 (8th Cir. 1995) (per curiam). In so holding, we of course do not suggest that the order denying the motion would have been appealable had it been reviewed by the district court. The appeal is dismissed.

_____

[1]The Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.